No. 88–1252. GURARY ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1255. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. v. LOVE ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1284. CARPENTERS LOCAL 608, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 88–1295. TEXAS EMPLOYERS' INSURANCE ASSN. v. JACKSON. C. A. 5th Cir. Certiorari denied.

No. 88–1304. UNION CARBIDE CORP. v. SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (VILLMAR DENTAL LABS, INC., ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–1305. ASHLEY TRANSFER & STORAGE CO., INC., ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–1354. EATON CORP. v. PKL COS., INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–1431. MARCOS ET AL. v. REPUBLIC OF THE PHILIPPINES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1435. CHANDLER'S COVE INN, LTD. v. CEDAR TIDE CORP. C. A. 2d Cir. Certiorari denied.

No. 88–1437. THOMAS v. BOARD OF EXAMINERS, CHICAGO PUBLIC SCHOOLS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1438. SCHWARTZ, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF SCHWARTZ, ET AL. v. JOHN DEERE CO. ET AL. C. A. 5th Cir. Certiorari denied.